JUSTIN M. PENN (SBN 302350)
jpenn@hinshawlaw.com
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, IL 60606
Telephone:   312-704-3000
Facsimile:    312-704-3001

Attorney for Defendant TEKCOLLECT, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELAZQUEZ,<br><br>    Plaintiff,<br><br>v.<br><br>TEK-COLLECT INCORPORATED, *et al.*,<br><br>    Defendants. | CASE NO. 3:19-cv-02059<br>CASE NO. 3:20-cv-00487<br><br>JUDGE SAMMARTINO<br>MAGISTRATE JUDGE DEMBIN<br><br>**JOINT STATUS REPORT** |

Now come Plaintiff MARIA VELAZQUEZ (hereinafter "Plaintiff"), Defendant TEKCOLLECT, INC. (hereinafter "TekCollect"), and Defendant THE ORAL SURGERY & DENTAL IMPLANT SPECIALIST OF SAN DIEGO (hereinafter "Oral Surgery")[1], in accordance with this Honorable Court's October 5, 2020, Order Setting Case Management Conference, and respectfully submit this Joint Status Report in advance of the Friday, October 16, 2020, Case Management Conference:

1. Plaintiff's position:

Regarding Plaintiff's outstanding discovery responses as detailed by Tek-Collect, Plaintiff's responses will be served on or before October 20th, 2020. Plaintiff intends to promptly proceed with dispositive motions against both Defendant Tek-Collect and Defendant Oral Surgery & Dental Implant Specialist of San Diego.

2. TekCollect's position:

---
[1] This Joint Submission was drafted by counsel for all three parties, but is signed and filed by only TekCollect's counsel.

- 1 -

JOINT STATUS REPORT

Plaintiff has failed to respond to TekCollect's written discovery requests in both Case Nos. 3:19-cv-02059 and 3:20-cv-00487. Those requests were served on Plaintiff's counsel on July 29, 2020, and on September 1, 2020, Plaintiff's counsel indicated that he "got a bit behind" and that "responses will be provided no later than Monday, September 7th, 2020." No responses have been provided. As such, TekCollect respectfully requests that this Court order Plaintiff to respond by October 23, 2020. Alternatively, TekCollect can obviously move to bar responses as untimely or to compel, but would like to keep attorney costs on all sides to a minimum. Upon receipt of Plaintiff's responses, TekCollect can evaluate whether any further discovery and/or deposition of Plaintiff is needed. If Plaintiff provides discovery responses by October 23, 2020, TekCollect anticipates being in a position to finish discovery by November 30, 2020, and to file a dispositive motion no later than January 15, 2021.

Apart from Plaintiff's failure to respond in discovery and TekCollect's need to be prepared to file a dispositive motion, TekCollect believes that these matters are ripe for a resolution. In that regard, TekCollect notes that it has been engaged in ongoing discussions with Plaintiff about resolving her claims against it. However, Plaintiff and TekCollect have not yet reached an agreement. Because the resolution of these matters are no longer impacted by putative class considerations, TekCollect believes reaching an agreement on resolution may be possible at this time.

3. Oral Surgery's position:

Oral Surgery joins in TekCollect's position.

October 13, 2020

                                        HINSHAW & CULBERTSON LLP

                                  By: */s/ Justin M. Penn*
                                        JUSTIN M. PENN
                                        Attorney for Defendant

# CERTIFICATE OF SERVICE

*Maria Velazquez v. Tek-Collection Inc., et al*

**Case No.   3:20-cv-00487**
**3:19-cv-02059**

United States District Court, Southern District of California:

I am a citizen of the United States and employed in Chicago, Illinois, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of 18 and not a party to the within actions; my business address is 151 N. Franklin Street, Suite 2500, Chicago, IL 60606.

On **October 13, 2020**, I served the document(s) entitled, **JOINT STATUS REPORT**, on the interested parties in this action by placing trust copies thereof enclosed in a sealed envelope(s) addressed as stated below:

**SEE ATTACHED SERVICE LIST**

☐ **(BY MAIL)**:   I deposited such envelope in the mail at Los Angeles, California with postage fully prepaid. I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be placed for collection and mailing, and deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☐ **(VIA OVERNIGHT MAIL)**:   I deposit such envelope to be placed for collection and handling via UPS following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for UPS. On the same day that material is placed for collection, it is picked by UPS at Los Angeles, California.

☐ **(BY ELECTRONIC MAIL)**:   By transmitting a true copy thereof to the electronic mail addresses as indicated below.

☒ **(BY CM/ECF SERVICE)**:   I caused such document(s) to be delivered electronically via CM/ECF as noted herein.

I declare under penalty of perjury under the laws of the United States that the above true and correct and was executed on October 13, 2020, at Chicago, Illinois.

Executed on **October 13, 2020** at Chicago, Illinois.

*/s/ Valerie Martello*
Valerie Martello

JOINT STATUS REPORT

1030611\306791255.v1