UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELAZQUEZ, individually and on behalf of all others similarly situated,<br><br>                                   Plaintiff,<br><br>v.<br><br>TEK-COLLECT INCORPORATED, doing business as TEKCOLLECT, INC.; THE ORAL SURGERY & DENTAL IMPLANT SPECIALIST OF SAN DIEGO; and DOES 1 through 10 inclusive,<br><br>                                 Defendants. | Case No.: 20-CV-487 JLS (MDD)<br><br>**ORDER APPROVING STIPULATION REGARDING DISMISSAL PURSUANT TO SETTLEMENT**<br><br>(ECF No. 35) |

Presently before the Court is the Parties' Stipulation Regarding Dismissal Pursuant to Settlement ("Stip.," ECF No. 35). Good cause appearing, the Stipulation is **APPROVED**. This action is **DISMISSED** in its entirety **WITH PREJUDICE** as to Plaintiff Maria Velazquez and Defendant The Oral Surgery & Dental Implant Specialist of San Diego, with each Party to bear its own costs and fees.

      **IT IS SO ORDERED.**

Dated: February 26, 2021

                                                   Hon. Janis L. Sammartino
                                                   United States District Judge