# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA VELAZQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEK-COLLECT INCORPORATED, doing business as TEKCOLLECT, INC.; THE ORAL SURGERY & DENTAL IMPLANT SPECIALIST OF SAN DIEGO; and DOES 1 through 10 inclusive,<br><br>Defendants. | Case Nos.: 19-CV-2059 JLS (MDD)<br>20-CV-487 JLS (MDD)<br><br>**ORDER APPROVING STIPULATION TO VACATE JUDGMENT**<br><br>(19-CV-2059 ECF No. 29,<br>20-CV-487 ECF No. 38) |

Presently before the Court is the Parties' Stipulation to Vacate Judgment ("Stip.," 19-CV-2059 ECF No. 29, 20-CV-487 ECF No. 38). Good cause appearing, the Stipulation is **APPROVED**. The Court **GRANTS** the request to vacate judgment and **DISMISSES** these cases in their entirety **WITH PREJUDICE**. The Clerk of the Court **SHALL**

///
///
///
///

**VACATE** the Clerk's Judgment (19-CV-2059 ECF No. 26). As this concludes the litigation in these matters, the Clerk of the Court **SHALL CLOSE** the files.

    **IT IS SO ORDERED.**

Dated: July 12, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge